No. 87–1248. RONEK ET AL. *v.* GALLATIN COUNTY, MONTANA. Sup. Ct. Mont. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮

No. 87–1250. BICOY *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 87–1253. CANSLER *v.* GROVE MANUFACTURING CO. ET AL. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 87–1254. KILGROE *v.* ARABIAN ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 87–1257. SOBONY *v.* TILBERRY. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 87–1258. PLATSIS *v.* E. F. HUTTON & CO., INC. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 87–1259. KING *v.* GLOBE NEWSPAPER CO. ET AL. Sup. Jud. Ct. Mass. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 87–1264. HILBUN *v.* GOLDBERG. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 87–1265. UMANSKY ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 87–1267. MABEY *v.* OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF A. H. ROBINS CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 87–1271. INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS, PACIFIC MARITIME REGION, ET AL. *v.* ANDREWS, COMMISSIONER OF ADMINISTRATION OF ALASKA, ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 87–1282. TEAGUE ET AL., DBA GOLDEN CABLE CO. *v.* B. E. & K. COMMUNICATIONS, INC., ET AL. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 87–1286. ALLEN-SHERMAN-HOFF CO., INC., ET AL. *v.* CALLOWHILL ET AL. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮